UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christine Bullen, et al.</u>

        v.                                        Civil No. 11-cv-309-JL

<u>Bank of America, N.A., et al.</u>

### O R D E R

On March 30, 2012, the parties filed a Joint Motion for Stay. This Motion was granted and trial was postponed until November 2012.

Several further extensions have since been allowed. The most recent status report indicated that the parties have reached a tentative settlement agreement and the case has been stayed until October 26, 2012. Therefore, trial is postponed until June, 2013. Summary Judgment deadline is 120 days before final pretrial conference.

SO ORDERED.

October 5, 2012                                               _____
                                                                Joseph N. Laplante
                                                                 Chief Judge

cc:     Keriann Roman, Esq.
        Jill Hauff, Esq.
        Mark Porada, Esq.